UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 11-10038-RWZ

UNITED STATES OF AMERICA

v.

RASHAD GREAVES

ORDER

November 8, 2011

ZOBEL, D.J.

Defendant is charged with possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). He has moved for a pretrial ruling on whether he would be subject to the enhanced sentencing provisions of the Armed Career Criminal Act ("ACCA") if he is convicted or pleads guilty (Docket # 33). Specifically, I must decide whether his two prior convictions for rape and rape of a child were committed on "occasions different from one another" under the ACCA. 18 U.S.C. § 924(e).

The motion is ALLOWED to the extent that I will consider the issue now and will consult only source material permitted by Shepard v. United States, 544 U.S. 13, 16 (2005). See United States v. Gautier, 590 F.Supp.2d 214, 230-32 (D.Mass. 2008). Although the parties have already briefed the issue on the merits, since the issue is in the nature of a sentencing I will decide the merits after a hearing, with defendant present, on December 8, 2011, at 3:00 pm.

|   November 8, 2011   | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |

UNITED STATES DISTRICT JUDGE